DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:04-cr-0070-RRB |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF INTENT TO USE THE |
| v. | ) COURT'S DIGITAL EVIDENCE |
| | ) PRESENTATION SYSTEM |
| AMEEN ABDUL-JILLIL, | ) |
| | ) |
| Defendant. | ) Filed on Shortened Time |
| | ) |

COMES NOW the United States of America, by and through counsel, and gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) in the imposition of sentence of the above captioned

case, currently scheduled for today, February 1, 2006, at 1:15 p.m.

RESPECTFULLY SUBMITTED this 1st day of February, 2006, in

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006,
a copy of the foregoing was served
electronically on John Pharr.

s/ Stephan A. Collins