Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMEEN ABDUL-JILLIL, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:04-cr-0070-RRB |

### NOTICE OF FILING

Defendant AMEEN ABDUL-JILLIL hereby submits letters from Rhonda Hart, Sadruddin Abdullah, Aminah Abdul-Jillil, Jennifer Alexander, Trista Kay Langdon, Louis Wilson, Candace Caron Hyde, Paul A. Bryant, Dolores Waldron, Erica Welch, Sauda Abdul-Haqq, and Bilal Abdullah.  These letters are being submitted for the sentencing at 1:15 p.m. today.

The originals of the letters are being filed with the court, and copies are being served on the US Attorney and Probation Officer.

DATED at Anchorage, Alaska, this 1st day of February 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorneys for Ameen Abdul-Jillil
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
February 1, 2006, a copy
of the foregoing was served
electronically:

Stephan A. Collins
Assistant U.S. Attorney
Stephan.Collins@usdoj.gov

and by hand delivery:

Scott E. Kelley
U.S. Probation/Pretrial Services

s/John C. Pharr