Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>            Plaintiff,        )<br>                               )<br>     v.                        )<br>                               )<br>AMEEN ABDUL-JILLIL,            )<br>                               )<br>            Defendant.         )<br>_____) | Case No. 3:04-cr-0070-RRB |

**NOTICE OF APPEAL**

Notice is hereby given that defendant, Ameen Abdul-Jillil, appeals to the Ninth Circuit Court of Appeals from the: Sentence only (18 U.S.C. § 3742).

DATED at Anchorage, Alaska, this 6th day of March 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorneys for Ameen Abdul-Jillil
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

I HEREBY CERTIFY that a copy
of the foregoing was served
electronically:
Stephan A. Collins

s/John C. Pharr