UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MAR 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: <u>USA v Abdul-Jillil et al</u>
Court of Appeals No. (leave blank if unassigned): 6-3070
U.S. District Court Judge Name and Case No.: <u>Ralph R Beistline 3:04-cr-00070-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>5/20/2004</u>
Date Appealed Order/Judgment *entered*: <u>2/24/2006</u>
Date NOA *filed*: <u>3/06/2006</u>

Court Reporter(s) Name and Phone Number: <u>Tina J Grothause (907)451-5791</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>$255</u>        Date Docket Fee billed: _
Date FP granted: _                        Date FP denied: _
Is FP pending? no                         Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                         Appellee Counsel:
John C Pharr                               Stephen A Collins
Law office of John C Pharr                 U.S Attorney's Office
733 W 4th Ave Ste 308                      222 W 7th Ave #9
Anchorage, AK 99501                        Anchorage, AK 99513
(907)277-2525                              (907)271-5071

__retained    X_CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _             Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

Name and phone number of person completing this form: <u>Tina J Grothause</u>
                                                      <u>(907) 451-5791</u>