**F I L E D**

# UNITED STATES COURT OF APPEALS

NOV 1 5 2006

## FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>AMEEN ABDUL-JILLIL,<br><br>Defendant - Appellant. | No. 06-30170<br><br>D.C. No. CR-04-00070-1-a-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

NOV 2   2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

The appellee's motion for an extension of time to file the answering brief is

granted. The answering brief is now due December 14, 2006. The optional reply

brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

Pro 11.13