UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/05/07

To: United States Court of Appeals           ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              (XXX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                 ( )JUDGE

From: Shari Fuhrer
    US District Court for the District of Alaska
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:04-cr-00070-1 -RRB            Appeal No: 06-30170

Short title: USA v Abdul-Jillil

Composition of Record

Clerk's Files in  10  volumes       (XX) original  ( ) certified copy

    Bulky docs. 1  expando, docket #  lodged copy of dkt #73
    (folders)

Reporter's   in  2  expandos (XXX) original       ( )certified copy
Transcripts dkt # 533, 555,556

Exhibits:   in _____ envelopes   ( ) under seal

    in _____ boxes      ( ) under seal

Other: **3 SEALED VOLUMES**
    **NOTE: Documents 516-557 are electronic and available through PACER**
    **(certified copy of ACMS and ECR dockets enclosed)**

Acknowledgement: _____   Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/05/07

To: United States Court of Appeals           ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                             (XXX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103              ( )JUDGE

From: Shari Fuhrer
    US District Court for the District of Alaska
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513


DC No: 3:04-cr-00070-1 -RRB                    Appeal No: 06-30170

Short title: USA v Abdul-Jillil

Composition of Record

Clerk's Files in 10 volumes           (XX) original  ( ) certified copy

    Bulky docs. 1 expando, docket # lodged copy of dkt #73
                            (folders)

Reporter's in 2 expandos (XXX) original           ( )certified copy
Transcripts dkt # 533, 555,556

Exhibits:    in _____ envelopes    ( ) under seal

         in _____ boxes        ( ) under seal

Other: **3 SEALED VOLUMES**
      **NOTE: Documents 516-557 are electronic and available through PACER**
      **(certified copy of ACMS and ECR dockets enclosed)**


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/05/07

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                                    (XXX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                ( )JUDGE

From: Shari Fuhrer
    US District Court for the District of Alaska
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513


DC No: 3:04-cr-00070-1 -RRB                    Appeal No: 06-30170

Short title: USA v Abdul-Jillil

Composition of Record

Clerk's Files in 10 volumes            (XX) original  ( ) certified copy

    Bulky docs. 1 expando, docket # lodged copy of dkt #73
                               (folders)

Reporter's   in 2 expandos (XXX) original       ( )certified copy
Transcripts dkt # 533, 555,556

Exhibits:    in _____ envelopes    ( ) under seal

        in _____ boxes        ( ) under seal

Other: **3 SEALED VOLUMES**
    **NOTE: Documents 516-557 are electronic and available through PACER**
    **(certified copy of ACMS and ECR dockets enclosed)**


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 01/05/07

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                            (XXX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103               ( )JUDGE

From:  Shari Fuhrer
       US District Court for the District of Alaska
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513

DC No: 3:04-cr-00070-1 -RRB          Appeal No: 06-30170

Short title: USA v Abdul-Jillil

Composition of Record

Clerk's Files in 10 volumes          (XX) original  ( ) certified copy

    Bulky docs. 1 expando, docket # lodged copy of dkt #73
                                    (folders)

Reporter's in 2 expandos (XXX) original      ( )certified copy
Transcripts dkt # 533, 555, 556

Exhibits:    in _____ envelopes   ( ) under seal

             in _____ boxes       ( ) under seal

Other: **3 SEALED VOLUMES**
       **NOTE: Documents 516-557 are electronic and available through PACER**
       **(certified copy of ACMS and ECR dockets enclosed)**


Acknowledgement: _____     Date: _____
"record.app" [11/21/97]