UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

**RECEIVED**

Date: 01/05/07

JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To: United States Court of Appeals        ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                   (XXX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103       ( )JUDGE

From: Shari Fuhrer
      US District Court for the District of Alaska
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513

DC No: 3:04-cr-00070-1-RRB                Appeal No: 06-30170

Short title: USA v Abdul-Jillil

Composition of Record

Clerk's Files in 10 volumes        (XX) original  ( ) certified copy

   Bulky docs. 1 expando, docket # lodged copy of dkt #73
                            (folders)

Reporter's in 2 expandos(XXX) original        ( )certified copy
Transcripts dkt # 533, 555,556

Exhibits:   in _____ envelopes   ( ) under seal

            in _____ boxes       ( ) under seal

Other: 3 SEALED VOLUMES
       NOTE: Documents 516-557 are electronic and available through PACER
       (certified copy of ACMS and ECR dockets enclosed)

Acknowledgement: _____   Date: _____
"record.app" [11/21/97]

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JAN 0 9 2007

FILED _____
DOCKETED _____ DATE _____ INITIAL

J. Rosenthal