UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
**SUPPLEMENTAL** RECORD TRANSMITTAL FORM

Date: 01/29/07

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                                      (XXXX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                ( )JUDGE

From:  Shari Fuhrer
        US District Court for Alaska
        222 West 7th Avenue #4
        Anchorage, Alaska 99513


DC No: 3:04-cr-00070-1 RRB                     Appeal No: 06-30170

Short title: USA v Abdul-Jillil

Composition of Record

Clerk's Files in _____ volumes    ( ) original    ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                             (folders)

Reporter's  in  2  volumes    (XXXX) original    ( )certified copy
Transcripts  dkt # 533, 555, 556

Exhibits:   in _____ envelopes    ( ) under seal

        in _____ boxes    ( ) under seal

Other: The above listed dkt # 533,555, & 556 were left out of the box sent to Ninth Circuit Court of Appeals on 1/5/07.and are now being sent.
(please note any documents filed under seal)


Acknowledgement: _____     Date: _____
"record.app" [11/21/97]