**FILED**

NOT FOR PUBLICATION

**FEB 23 2007**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

MAR 2 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30170 |
| Plaintiff - Appellee, | D.C. No. CR-04-00070-1-a-RRB |
| v. | |
| AMEEN ABDUL-JILLIL, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted February 20, 2007 [**]

Before:    BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

Ameen Abdul-Jillil appeals from the 212-month sentence imposed after his

guilty-plea conviction for one count of conspiracy in relation to cocaine and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

cocaine base trafficking in violation of 21 U.S.C. §§ 846 and 841, and five counts of money laundering in violation of 18 U.S.C. § 1956.

A review of the record indicates that Abdul-Jillil knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement. We therefore enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

MAR 1 9 2007

by: _____
Deputy Clerk