November 28, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
### 95 SEVENTH STREET
### SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820



RECEIVED DEC 0 3 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** CR-04-00070-1-a-RRB
**Appeal Number:** 06-30170
**Short Title:** USA v Abdul-Hillil

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 10 | | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 5 | | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 1 | Expandos | 0 | Folders | 0 | Boxes |
| | 3 | Other | SEALED Volumes | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.